*Friday, January 28, 1994*

## MOTION DOCKET

**92–405.** State v. Hawkins. *Hamilton County,* Nos. C–900092 and C–910017. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective January 26, 1994.

IT IS FURTHER ORDERED by the court that said stay is granted for a period of six months to allow appellant an opportunity to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

**93–2530.** State ex rel. Horsley v. Constr. Products & Erection Co. *Franklin County,* No. 92AP–1385. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of appellant/cross-appellee's application to dismiss its appeal,

IT IS ORDERED by the court that appellant/cross-appellee's appeal be, and the same is hereby, dismissed, effective January 27, 1994.

This cause shall remain pending in all other respects.

## MISCELLANEOUS DISMISSALS

**94–80.** State ex rel. Johnson v. Babcock & Wilcox Co. *Summit County,* No. 16144. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Summit County to certify its record. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective January 26, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, January 31, 1994*

## MOTION DOCKET

**91–1675.** State v. Murphy. *Marion County,* No. 9-87-35. This cause came on for further consideration upon appellee's motion for reconsideration and/or clarification of this court's order of January 7, 1994, granting a stay of execution of sentence pending the exhaustion of state post-conviction remedies. Upon consideration thereof,

IT IS ORDERED by the court that the motion for reconsideration and/or clarification be, and the same is hereby, denied, effective January 28, 1994.